1 | Dina I. Farhat (CSBN 189530)
2 | EWANISZYK LAW FIRM
  | 14350 Civic Drive, Suite 270
3 | Victorville, California 92392
  | Telephone (760) 245-7310
4 | Facsimile (760) 241-7064

5 | Attorneys for Debtor, LETICIA DERRICK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, COUNTY OF RIVERSIDE

| In Re: | ) CASE NO.: 6:09-bk-29773-MJ |
|---|---|
| | ) Chapter 13 |
| LETICIA DERRICK, | ) **MOTION TO APPROVE LOAN MODIFICATION TERMS** |
| Debtor/Movant. | ) Date: June 3, 2013 |
| | ) Time: 1:30 p.m. |
| | ) Crtm: 301 |
| | ) US BANKRUPTCY COURT |
| | ) 3420 Twelfth Street |
| | ) Riverside, CA 92501 |

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE MEREDITH JURY, AMARANE COHEN, CHAPTER 13 TRUSTEE, US TRUSTEE AND ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that on June 3, 2013, at 1:30 p.m. in Courtroom 301 of the U.S. Bankruptcy Court located at 3420 Twelfth Street, Riverside, California, Debtor, LETICIA DERRICK ("Movant"), will and hereby does move this Court for an order allowing Debtor to enter into a loan modification agreement with her current home loan mortgagor, WELLS FARGO HOME MORTGAGE COMPANY ("W.F."). In support thereof, Debtor states the following:

1. Debtor has conducted negotiations with her current home loan

---
MOTION TO APPROVE LOAN MODIFICATION TERMS
1

mortgagor, W.F., in an attempt to reach an agreement on a modification of the terms on the loan secured by the Debtor's primary residence located at 14974 Sunset Gardens Court, Victorville, CA 92394, loan number 1158067139 (the "Loan").

2.  Debtor and W.F. have reached an agreement to modify the terms of the home mortgage loan as follows: (1) Currently unpaid principal balance of $292,800.00 will be reduced to $195,385.00; (2) the interest rate will be reduced from 6.5% down to 3.125% from May 1, 2013 to May 1, 2018, then the interest rate will increase to 3.50% for the remainder of the loan contract; (3) the loan mortgage term remains the same - 05/01/2037; and (4) the estimated monthly mortgage payment is reduced from $1,586.00 to $965.18 per month for the principal and interest with an additional $479.21 for escrow (property tax and insurance).

3.  A copy of the proposed terms of the loan modification agreement is attached hereto and herein incorporated as Exhibit "1."

4.  The Debtor requests that an order be entered approving the loan modification agreement under the above listed terms. Should the Court grant the relief requested in this Motion, the Debtor will take all steps necessary to complete the loan modification agreement and comply with its terms.

WHEREFORE, the Debtor requests that the Court grants the relief requested in this Motion and any other such relief to which the Debtor may be entitled.

Respectfully Submitted,

Date: 04/22/2013                    EWANISZYK LAW FIRM

                                    /s/ Dina I. Farhat
                                By: _____
                                    Dina I. Farhat, Esq.
                                    Movant's Attorney
                                    LETICIA DERRICK

# DECLARATION OF LETICIA DERRICK IN SUPPORT OF MOTION FOR TO APPROVE LOAN MODIFICATION TERMS

I, LETICIA DERRICK, do hereby declare:

I know of the following facts to be true from my own personal knowledge, except those facts which are stated on information and belief and as to those facts I believe them to be true. I could and would competently testify under oath to the truthfulness of the following facts:

1. I am the Debtor in the herein Chapter 13 Bankruptcy Case No. 6:09-bk-29973-MJ; am the owner and current resident of the property located at 14974 Sunset Gardens Court, Victorville, California 92394. This real property is my residence, as that term is defined under 11 USC 101(13A).

2. My residence is currently encumbered by a first deed in the approximate amount of $292,800.00 held by Wells Fargo Bank, N.A. The said loan number for the first mortgage is 1158067139. I currently owe the sum of $292,800.00, for the unpaid principal.

3. I am respectfully requesting that the Court grants this motion and allow me to modify the terms of my loan mortgage.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge. Executed at Victorville, California this 22nd day of April, 2013.

By: /s/ Leticia Derrick
_____
LETICIA DERRICK, Movant

| In re:<br>Leticia R. Derrick<br>Debtor(s). | CHAPTER: **13**<br>CASE NUMBER: **6:09-bk-29773-MJ** |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
14350 Civic Drive, Suite 270
Victorville, CA 92392

A true and correct copy of the foregoing document described as **Motion to Approve Loan Modification Terms** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **04/22/2013**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Deborah Conley on behalf of Interested Party Courtesy NEF - bkmail@prommis.com
Rod (MJ) Danielson (TR) - notice-efile@rodan13.com
Dina Farhat on behalf of Debtor Leticia Derrick - farhatdina@yahoo.com
Angela M Fontanini on behalf of Creditor HSBC Bank USA, National Association as Trustee for MortgageIT Securities Corp. Mortgage Loan Trust, Series 2007-1, Mortgage Pass-Through Certificates -ecfcacb@piteduncan.com
Eddie R Jimenez on behalf of Creditor HSBC BANK USA - ecfcacbla@piteduncan.com
John Patton on behalf of Creditor Chrysler Financial Services Americas LLC f/k/a DaimlerChrysler Financial Services Americas LLC - jpatton@cookseylaw.com
John D Schlotter on behalf of Interested Party Courtesy NEF - ecfmail@aclawllp.com
United States Trustee (RS) - ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **04/22/2013**    I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
**Honorable Meredith A. Jury - U.S. Bankruptcy Court, 3420 Twelfth Street, Crtrm 301, Riverside, CA 92501-3819
Leticia R. Derrick - 4974 Sunset Gardens Court, Victorville, CA 92394**

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____    I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 22, 2013 | Melissa Orozco | /s/ Melissa Orozco |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

F 9013-3.1
Best Case Bankruptcy