1  Dina I. Farhat (CSBN 189530)
   EWANISZYK LAW FIRM
2  14350 Civic Drive, Suite 270
   Victorville, California 92392
3  Telephone (760) 245-7310
   Facsimile (760) 241-7064
4

5  Attorneys for Debtor, LETICIA DERRICK

6

7

8              UNITED STATES BANKRUPTCY COURT

9       CENTRAL DISTRICT OF CALIFORNIA, COUNTY OF RIVERSIDE

10

11 In Re:                               ) CASE NO.: 6:09-bk-29773-MJ
                                        )
12                                      ) Chapter 13
                                        )
13 LETICIA DERRICK,                     ) MOTION TO APPROVE LOAN
                                        ) MODIFICATION TERMS
14                                      )
                                        )
15              Debtor/Movant.          ) Date: June 3, 2013
                                        ) Time: 1:30 p.m.
16                                      ) Crtm: 301
                                        )       US BANKRUPTCY COURT
17                                      )       3420 Twelfth Street
                                        )       Riverside, CA 92501
18 _____)

19      TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE

20 MEREDITH JURY, AMARANE COHEN, CHAPTER 13 TRUSTEE, US TRUSTEE

21 AND ALL INTERESTED PARTIES:

22      NOTICE IS HEREBY GIVEN that on June 3, 2013, at 1:30 p.m. in Courtroom 301

23 of the U.S. Bankruptcy Court located at 3420 Twelfth Street, Riverside, California,

24 Debtor, LETICIA DERRICK ("Movant"), will and hereby does move this Court for an

25 order allowing Debtor to enter into a loan modification agreement with her current

26 home loan mortgagor, WELLS FARGO HOME MORTGAGE COMPANY ("W.F."). In

27 support thereof, Debtor states the following:

28      1.      Debtor has conducted negotiations with her current home loan

---
MOTION TO APPROVE LOAN MODIFICATION TERMS
1

1  mortgagor, W.F., in an attempt to reach an agreement on a modification of the terms on
2  the loan secured by the Debtor's primary residence located at 14974 Sunset Gardens
3  Court, Victorville, CA 92394, loan number 1158067139 (the "Loan").
4      2.    Debtor and W.F. have reached an agreement to modify the terms of the
5  home mortgage loan as follows: (1) Currently unpaid principal balance of $292,800.00
6  will be reduced to $195,385.00; (2) the interest rate will be reduced from 6.5% down to
7  3.125% from May 1, 2013 to May 1, 2018, then the interest rate will increase to 3.50% for
8  the remainder of the loan contract; (3) the loan mortgage term remains the same -
9  05/01/2037; and (4) the estimated monthly mortgage payment is reduced from
10 $1,586.00 to $965.18 per month for the principal and interest with an additional $479.21
11 for escrow (property tax and insurance).
12     3.    A copy of the proposed terms of the loan modification agreement is
13 attached hereto and herein incorporated as Exhibit "1."
14     4.    The Debtor requests that an order be entered approving the loan
15 modification agreement under the above listed terms. Should the Court grant the relief
16 requested in this Motion, the Debtor will take all steps necessary to complete the loan
17 modification agreement and comply with its terms.
18     WHEREFORE, the Debtor requests that the Court grants the relief requested in
19 this Motion and any other such relief to which the Debtor may be entitled.
20     Respectfully Submitted,
21 Date: 04/22/2013                        EWANISZYK LAW FIRM

                                            /s/ Dina I. Farhat
                            By: _____
                                      Dina I. Farhat, Esq.
                                      Movant's Attorney
                                      LETICIA DERRICK

# DECLARATION OF LETICIA DERRICK IN SUPPORT OF MOTION FOR TO APPROVE LOAN MODIFICATION TERMS

I, LETICIA DERRICK, do hereby declare:

I know of the following facts to be true from my own personal knowledge, except those facts which are stated on information and belief and as to those facts I believe them to be true. I could and would competently testify under oath to the truthfulness of the following facts:

1. I am the Debtor in the herein Chapter 13 Bankruptcy Case No. 6:09-bk-29973-MJ; am the owner and current resident of the property located at 14974 Sunset Gardens Court, Victorville, California 92394. This real property is my residence, as that term is defined under 11 USC 101(13A).

2. My residence is currently encumbered by a first deed in the approximate amount of $292,800.00 held by Wells Fargo Bank, N.A. The said loan number for the first mortgage is 1158067139. I currently owe the sum of $292,800.00, for the unpaid principal.

3. I am respectfully requesting that the Court grants this motion and allow me to modify the terms of my loan mortgage.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge. Executed at Victorville, California this 22nd day of April, 2013.

By: /s/ Leticia Derrick
LETICIA DERRICK, Movant

| In re: | | CHAPTER: **13** |
|---|---|---|
| Leticia R. Derrick | Debtor(s). | CASE NUMBER: **6:09-bk-29773-MJ** |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**14350 Civic Drive, Suite 270
Victorville, CA 92392**

A true and correct copy of the foregoing document described as **Motion to Approve Loan Modification Terms** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **04/22/2013**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Deborah Conley on behalf of Interested Party Courtesy NEF - bkmail@prommis.com
Rod (MJ) Danielson (TR) - notice-efile@rodan13.com
Dina Farhat on behalf of Debtor Leticia Derrick - farhatdina@yahoo.com
Angela M Fontanini on behalf of Creditor HSBC Bank USA, National Association as Trustee for MortgageIT Securities Corp. Mortgage Loan Trust, Series 2007-1, Mortgage Pass-Through Certificates -ecfcacb@piteduncan.com
Eddie R Jimenez on behalf of Creditor HSBC BANK USA - ecfcacbla@piteduncan.com
John Patton on behalf of Creditor Chrysler Financial Services Americas LLC f/k/a DaimlerChrysler Financial Services Americas LLC - jpatton@cookseylaw.com
John D Schlotter on behalf of Interested Party Courtesy NEF - ecfmail@aclawllp.com
United States Trustee (RS) - ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **04/22/2013**   I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
**Honorable Meredith A. Jury - U.S. Bankruptcy Court, 3420 Twelfth Street, Crtrm 301, Riverside, CA 92501-3819
Leticia R. Derrick - 4974 Sunset Gardens Court, Victorville, CA 92394**

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 22, 2013 | Melissa Orozco | /s/ Melissa Orozco |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

F 9013-3.1
Best Case Bankruptcy

# EXHIBIT 1



Wells Fargo Home Mortgage
MAC D0203-020
1100 Corporate Center Drive
Raleigh, NC 27607-5066

APRIL 13th, 2013

DINA FARHAT
EWANISZYK LAW FIRM
14350 CIVIC DR STE 100
VICTORVILLE, CA 92392

Subject:   Loan modification proposal
           Borrower(s): LETICIA R DERRICK
           Bankruptcy No.: 0929773
           Account No.: 1158067139
           Property Address: 14974 SUNSET GARDENS CT
           VICTORVILLE CA 92394

## Account Information

| | |
|---|---|
| Fax: | 1-866-359-7234 |
| Telephone: | 1-877-311-3581 |
| Correspondence: | PO Box 10335 Des Moines, IA 50306 |
| Hours of operation: | Mon -Thur, 7 a.m. -10 p.m.; Fri, 7 a.m. -8p.m.; Sat, 7 a.m. – 6 p.m.; Sun, 9 a.m. – 8p.m. CT |
| Loan number: | 1158067139 |
| Property address: | 14974 SUNSET GARDENS CT VICTORVILLE CA 92394 |

Dear DINA FARHAT:

We have received consent from your office to discuss workout options with your client. We can offer your client a plan that we hope is workable to both parties.

The modification we propose includes the following changes:

| Current Terms | | Proposed Modified Terms | |
|---|---|---|---|
| Current Unpaid Principal Balance | $292,800.00 | Post Modification Unpaid Principal Balance | $195,385.00 |
| Current Maturity Date | 05/01/2037 | Post Modification Maturity Date | 05/01/2037 |
| Current Term (in months) | 288 | Post Modification Term (in months) | 288 |
| Current Payment Due Date | 08/01/2011 | Post Modification Due Date | 06/01/2013 |
| Current Principal and Interest | $1,586.00 | Post Modification Principal and Interest | $965.18 |
| Current Payment Amount | $3,362.60 | Estimated Post Modification Payment Amount | $1,444.39 |
| Amount Capitalized | $48,366.09 | PRA Amount | $145,781.09 |
| Current Interest Rate | 6.500% | Post Modification Interest Rate | 3.125% |

| | Interest Rate | Effective Date | Principal and Interest Payment |
|---|---|---|---|
| Step 1 | 3.125% | 05/01/2013 | $965.18 |
| Step 2 | 3.500% | 05/01/2018 | $996.55 |

**Your important next steps**
Please review the proposal with your client. If the terms meet your approval, the next step is to file a petition with the bankruptcy court to gain their consent to modify the first mortgage. Your client will need to continue to make their trial period payments if if applicable while we are waiting for consent from the court . When you receive written consent, please forward it to my attention. Once received, we

will send the loan documents to you and your attorney for original signatures. We will then withdraw any proof of claim in this case and process the modification as noted.

Together we'll go far

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. NMLSR ID 399801



Wells Fargo Home Mortgage
MAC D0203-020
1100 Corporate Center Drive
Raleigh, NC 27607-5066

If the case has already closed, forward to us a copy of the release. If the terms are not satisfactory to you, please contact us and we will close the file with no further actions.
**Approval of the loan modification is contingent on court consent or release of the case.**

### If your client is seeking a reaffirmation
If your client intends to reaffirm, please provide us with the agreement specific to your district. With regard to a bankruptcy, we do not have a standard reaffirmation agreement to extend because requirements vary from district to district. Once we receive your district-specific agreement, we will complete the required entries and return it to your office for the required undue hardship analysis and filing with the respective court.

### Call me today if you have any questions
If you or your client has questions about the information in this letter, please call me at the number below.

Sincerely,


Home Preservation Bankruptcy Specialist
PHILIP MADDEN

Wells Fargo Home Mortgage doing business as America's Servicing Company is a division of Wells Fargo Bank, N.A.
© 2012 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801   7/12  Equal Housing Lender (logo)

Together we'll go far

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. NMLSR ID 399801

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Dina I. Farhat<br>Ewaniszyk Law Firm<br>14350 Civic Drive, Suite 270<br>Victorville, CA 92392<br>760-245-7310 Fax: 760-241-7064<br>(189530)<br>☐ Attorney for Debtor(s): | |
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
| In re:<br><br>Leticia R. Derrick<br><br>Debtor(s). | CASE NO.: **6:09-bk-29773-MJ**<br>CHAPTER: **13**<br>ADV. NO.: |

## ELECTRONIC FILING DECLARATION
### (INDIVIDUAL)

### PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY

☐ Petition, statement of affairs, schedules or lists   Date Filed: _____
☐ Amendments to the petition, statement of affairs, schedules or lists   Date Filed: _____
☒ Other:   **MOTION TO APPROVE LOAN MODIFICATION TERMS** /Amended POS (all creditors)   Date Filed: 04/22/13

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

_/s/ Leticia R. Derrick_____   04/22/13
Signature of Signing Party   Date
**Leticia R. Derrick**
*Printed Name of Signing Party*

### PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s) or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

_/s/ Farhat_____   04/22/13
Signature of Attorney for Signing Party   Date
**Dina I. Farhat (189530)**
*Printed Name of Attorney for Signing Party*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.
*November 2006*