| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Dina I. Farhat (CSBN 189530)**<br>**EWANISZYK LAW FIRM**<br>**14350 Civic Drive, Suite 100**<br>**Victorville, California 92392**<br>**Telephone (760) 245-7310**<br>**Facsimile (760) 241-7064**<br><br>☒ Attorney for Debtor<br>☐ Pro Se Debtor<br>☐ Chapter 13 Trustee | **FILED & ENTERED**<br><br>**MAY 22 2013**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY tolleson    DEPUTY CLERK** |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER 13<br>CASE NUMBER 6:09-BK-29773-MJ |
| In re:<br><br>**LETICIA R. DERRICK**<br><br>Debtor. | (No Hearing Required) |

## ORDER ON:

☐ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**
☒ **OTHER: DEBTOR'S MOTION FOR AUTHORITY TO APPROVE LOAN MODIFICATION OF MORTGAGE SECURING DEBTOR'S REAL PROPERTY**

Based on Debtor's Motion filed on **4/24/2013** as docket entry number **101** and the recommendation of the Chapter 13 Trustee, it is ORDERED that Debtor's Motion is:

☐ GRANTED            ☐ DENIED

☒ GRANTED on the terms set forth in the Chapter 13 Trustee's comments on or objection to Debtor's Motion

☐ GRANTED on the following conditions:
_____
_____

Date: May 22, 2013

*Meredith A. Jury*
United States Bankruptcy Judge

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER ON DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS** was entered on the date indicated as AEntered@ on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (ANEF@)** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **05/17/2013** the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**Deborah Conley on behalf of Interested Party Courtesy NEF - bkmail@prommis.com**
**Rod (MJ) Danielson (TR) - notice-efile@rodan13.com**
**Dina Farhat on behalf of Debtor Leticia R Derrick - farhatdina@yahoo.com**
**Angela M Fontanini on behalf of Creditor HSBC Bank USA, National Association as Trustee for MortgageIT Securities Corp. Mortgage Loan Trust, Series 2007-1, Mortgage Pass-Through Certificates - ecfcacb@piteduncan.com**
**Angela M Fontanini on behalf of Interested Party Courtesy NEF - ecfcacb@piteduncan.com**
**Eddie R Jimenez on behalf of Creditor HSBC BANK USA - ecfcacbla@piteduncan.com**
**John Patton on behalf of Creditor Chrysler Financial Services Americas LLC f/k/a DaimlerChrysler Financial Services Americas LLC - jpatton@cookseylaw.com**
**John D Schlotter on behalf of Interested Party Courtesy NEF - ecfmail@aclawllp.com**
**United States Trustee (RS) - ustpregion16.rs.ecf@usdoj.gov**
**Edward T Weber on behalf of Creditor BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing LP - bknotice@rcolegal.com**

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an AEntered@ stamp, the party lodging the judgment or order will serve a complete copy bearing an AEntered@ stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

**Leticia Derrick - 14974 Sunset Gardens Court, Victorville, California 92394**

☐ Service information continued on attached page